# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-1728
LT Case No. 2012-030482-CFAES

—————————————————

JOHN J. NUZZI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

3.800 Appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

John J. Nuzzi, Lake Butler, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____